IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00602-REB-MJW

MARI A. DANIELSON, et al.,

Plaintiff(s),

v.

C.H. ROBINSON WORLDWIDE, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion to Stay Proceedings Pending Judicial Approval of Agreed Settlement, is GRANTED.  This case is stayed pending judicial approval of the agreed settlement.  The parties shall submit final settlement documents to the court on or before October 1, 2007.

It is FURTHER ORDERED that the Scheduling Conference set on June 4, 2007, at 10:30 a.m., is VACATED.

Date:  June 1, 2007